# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL CURTIS REYNOLDS,** 10671-023,<br><br>      Plaintiff,<br><br>vs.<br><br>**FASIL VAKIL AHMED, et al.**<br><br>      Defendants. | )<br>)<br>)<br>)<br>)   **CIVIL NO. 19-cv-1132-JPG**<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER DISMISSING CASE

**GILBERT, District Judge:**

    This case was opened when Plaintiff Michael Curtis Reynolds filed a Motion for Emergency Expedited Preliminary Injunction without a Complaint on October 18, 2019. (Doc. 1). The Court construed the filing as a motion for a temporary restraining order and denied it without prejudice on October 25, 2019. (Doc. 6). Plaintiff was ordered to file a Complaint on or before November 8, 2019, if he intended to pursue his claims in this case. (*Id.*). Because he also "struck out" by filing more than three lawsuits as a prisoner that were dismissed as being frivolous, malicious, or meritless under 28 U.S.C. § 1915(g) and did not present facts suggesting that he faced imminent danger of serious physical injury, Plaintiff was denied leave to proceed *in forma pauperis* and ordered to prepay the full filing fee of $400.00 for this action on or before November 8, 2019. (Doc. 7). Plaintiff was warned in that Order that failure to pay the filing fee would result in dismissal of this case. The date to file a Complaint and pay the filing fee has passed, and Plaintiff has done neither.

    Accordingly, this case is **DISMISSED** without prejudice for Plaintiff's failure to comply with several court orders (Docs. 6, 7, and 9). *See* FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128

F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994). This dismissal shall **NOT** count as one of Plaintiff's three allotted "strikes" under 28 U.S.C. § 1915(g). Plaintiff's obligation to pay the filing fee for this action was incurred at the time the action was filed, thus the filing fee of $400.00 remains due and payable. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

The agency having custody of the plaintiff is directed to remit the $400.00 filing fee from his prison trust fund account if such funds are available. If he does not have $400.00 in his account, the agency must send an initial payment of 20% of the current balance or the average balance during the past six months, whichever amount is higher. Thereafter, the agency shall begin forwarding monthly payments of 20% of the preceding month's income credited to Plaintiff's trust fund account (including all deposits to the inmate account from any source) until the statutory fee of $400.00 is paid in its entirety. The agency having custody of Plaintiff shall forward payments from Plaintiff's account to the Clerk of Court each time the Plaintiff's account exceeds $10.00 until the $400.00 filing fee is paid. Payments shall be mailed to: Clerk of the Court, United States District Court for the Southern District of Illinois. The Clerk is **DIRECTED** to send a copy of this Order to the Trust Fund Officer at the Greenville Federal Correctional Institution *upon entry of this Order*.

The Clerk's Office is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

**DATED: November 19, 2019**

s/ J. PHIL GILBERT
United States District Judge